In the Matter of the Claim of JOHN DALBERTH, Respondent, against IUPPA & BATTLE COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued May 23, 1933; decided June 6, 1933.)

*Charles J. O'Brien* and *Eugene Raines* for appellants.
*John J. Bennett, Jr., Attorney-General (John R. O'Hanlon* and *Henry Epstein* of counsel), for State Industrial Board, respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ.   Not sitting: HUBBS, J.